**Order entered November 16, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-21-00921-CV

## IN RE: THE GUARDIANSHIP OF R.R.A., AN INCAPACITATED PERSON, Appellant

**On Appeal from the Probate Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. PR-06-03471-3**

### ORDER

Before the Court is appellant JoAnn Ryan's November 14, 2022 unopposed motion for withdrawal and substitution of counsel.

We **GRANT** appellant JoAnn Ryan's November 14, 2022 motion for withdrawal and substitution of counsel.

We **DIRECT** the Clerk of the Court to remove Leo Park, Esq., and the law firm of Lynn Pinker Hurst & Schwegmann, LLP located at 2100 Ross Avenue, Ste. 2700, Dallas, Texas 75201-7919 as counsel for appellant JoAnn Ryan.

We further **DIRECT** the Clerk of the Court to send future communications to appellant JoAnn Ryan through her substitute counsel Joshua M. Sandler, Esq., and the law firm of Winstead, PC located at 500 Winstead Building, 2728 North Harwood Street, Dallas, Texas 75201.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE